# Exhibit A

EDCREATY-US | 美国    搜索                          下一代销售              ZH    帮助

管理所有库存    广告活动管理    账户状况    绩效通知    批量上传商品    管理订单    货件    A+ 商品描述管理器    Vine    优惠券    秒杀          编辑

‹ 业绩通知

2025年10月31日
**Notice: Policy Warning**



Hello,

We removed the listings below.

ASIN: B0F9FL9WMY
Infringement type: Patent
IP asserted: 12390016
Complaint ID: 18743883981
Rights owner name:  Zlumber
Rights owner email: legal@zlumber.com


Why did this happen?
We removed some of your listings because we received a report from a rights owner alleging they may infringe upon their patent. This is against Amazon policies. Sellers on Amazon must comply with Amazon listing policies and are not allowed to sell products violating Amazon policies (https://sellercentral.amazon.com/gp/help/external/201361070).

How do I reactivate my listings?
To reactivate your listings, please send any of the documents listed below for us to review:
-- A court order stating you are allowed to sell the products and hence are not violating Amazon policy for each of the listings mentioned in the deactivation notification.
-- Work directly with the rights owner who reported the violation to submit a retraction. We may only accept retractions that the rights owner submits to us directly. We do not accept forwarded or attached retractions. These are the rights owner's contact details:
-- Rights owner name:  Zlumber
-- Rights owner email: legal@zlumber.com


Have your listings been removed in error?
If you believe there has been an error, please submit an explanation. Your explanation should include the following information:
-- How the removed listings have not violated the Amazon Intellectual Property Policy.
-- Evidence that shows the removed listings have complied with the Amazon Intellectual Property Policy.

How do I send the required information?
Go to Received Intellectual Property Complaints in the Product Policy Compliance section on Account Health (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa). Locate the deactivation record for the listings you want to appeal and click on the Appeal button next to the record to submit your appeal to reactivate your listings.

What happens if I do not send the requested information?
If we do not receive a response, the listings will remain removed and the violation record will remain on your Account Health page for up to 180 days after the notification or until the violation is addressed. Leaving this or other policy violations unaddressed may result in account deactivation.

We're here to help.
If you need help understanding why your listings may infringe the intellectual property rights of others, search for "Intellectual Property Policy" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070). You may contact us for more information if required (https://sellercentral.amazon.com/cu/contact-us)

You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

-- Download the iOS app: https://itunes.apple.com/us/app/amazon-seller/id794141485
-- Download the Android app: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_US

Thank you,

Amazon.com

帮助 | 计划政策 | 中文(简体) ⌄ | 下载"亚马逊卖家"移动应用          版权所有 © 1999-2025 Amazon.com, Inc. 或其附属公司

| | EDCREATY-US ｜ 美国 | 搜索 | 下一代销售 | ZH | 帮助 |

管理所有库存   广告活动管理   账户状况   绩效通知   批量上传商品   管理订单   货件   A+ 商品描述管理器   Vine   优惠券   秒杀        编辑

‹  业绩通知

2025年10月31日
**Notice: Policy Warning**



Hello,

We removed the listings below.

ASIN: B0F9FLVPXD
Infringement type: Patent
IP asserted: 12390016
Complaint ID: 18741782021
Rights owner name: Zlumber
Rights owner email: legal@zlumber.com


Why did this happen?
We removed some of your listings because we received a report from a rights owner alleging they may infringe upon their patent. This is against Amazon policies. Sellers on Amazon must comply with Amazon listing policies and are not allowed to sell products violating Amazon policies (https://sellercentral.amazon.com/gp/help/external/201361070).

How do I reactivate my listings?
To reactivate your listings, please send any of the documents listed below for us to review:
-- A court order stating you are allowed to sell the products and hence are not violating Amazon policy for each of the listings mentioned in the deactivation notification.
-- Work directly with the rights owner who reported the violation to submit a retraction. We may only accept retractions that the rights owner submits to us directly. We do not accept forwarded or attached retractions. These are the rights owner's contact details:
-- Rights owner name: Zlumber
-- Rights owner email: legal@zlumber.com


Have your listings been removed in error?
If you believe there has been an error, please submit an explanation. Your explanation should include the following information:
-- How the removed listings have not violated the Amazon Intellectual Property Policy.
-- Evidence that shows the removed listings have complied with the Amazon Intellectual Property Policy.

How do I send the required information?
Go to Received Intellectual Property Complaints in the Product Policy Compliance section on Account Health (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa). Locate the deactivation record for the listings you want to appeal and click on the Appeal button next to the record to submit your appeal to reactivate your listings.

What happens if I do not send the requested information?
If we do not receive a response, the listings will remain removed and the violation record will remain on your Account Health page for up to 180 days after the notification or until the violation is addressed. Leaving this or other policy violations unaddressed may result in account deactivation.

We're here to help.
If you need help understanding why your listings may infringe the intellectual property rights of others, search for "Intellectual Property Policy" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070). You may contact us for more information if required (https://sellercentral.amazon.com/cu/contact-us)

You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

-- Download the iOS app: https://itunes.apple.com/us/app/amazon-seller/id794141485
-- Download the Android app: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_US

Thank you,

Amazon.com

帮助　计划政策　中文(简体)　下载"亚马逊卖家"移动应用

版权所有 © 1999-2025 Amazon.com, Inc. 或其附属公司

Downoop | United States    *Search*                                    Next Gen Selling

EN    Help

Manage All Inventory    Add Products via Upload    Brand Analytics    Shipments    Performance Notifications    Account Health        Edit

‹ Performance notifications

October 31, 2025
**Notice: Policy Warning**



Hello,

We removed the listings below.

ASIN: B0F12P3MLN
Infringement type: Patent
IP asserted: 12390016
Complaint ID: 18740943951
Rights owner name: Zlumber
Rights owner email: legal@zlumber.com

Why did this happen?
We removed some of your listings because we received a report from a rights owner alleging they may infringe upon their patent. This is against Amazon policies. Sellers on Amazon must comply with Amazon listing policies and are not allowed to sell products violating Amazon policies (https://sellercentral.amazon.com/gp/help/external/201361070).

How do I reactivate my listings?
To reactivate your listings, please send any of the documents listed below for us to review:
-- A court order stating you are allowed to sell the products and hence are not violating Amazon policy for each of the listings mentioned in the deactivation notification.
-- Work directly with the rights owner who reported the violation to submit a retraction. We may only accept retractions that the rights owner submits to us directly. We do not accept forwarded or attached retractions. These are the rights owner's contact details:
-- Rights owner name: Zlumber
-- Rights owner email: legal@zlumber.com

Have your listings been removed in error?
If you believe there has been an error, please submit an explanation. Your explanation should include the following information:
-- How the removed listings have not violated the Amazon Intellectual Property Policy.
-- Evidence that shows the removed listings have complied with the Amazon Intellectual Property Policy.

How do I send the required information?
Go to Received Intellectual Property Complaints in the Product Policy Compliance section on Account Health (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa). Locate the deactivation record for the listings you want to appeal and click on the Appeal button next to the record to submit your appeal to reactivate your listings.

What happens if I do not send the requested information?
If we do not receive a response, the listings will remain removed and the violation record will remain on your Account Health page for up to 180 days after the notification or until the violation is addressed. Leaving this or other policy violations unaddressed may result in account deactivation.

We're here to help.
If you need help understanding why your listings may infringe the intellectual property rights of others, search for "Intellectual Property Policy" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070). You may contact us for more information if required (https://sellercentral.amazon.com/cu/contact-us)

You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

-- Download the iOS app: https://itunes.apple.com/us/app/amazon-seller/id794141485
-- Download the Android app: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_US

Thank you,

Amazon.com

Help    Program Policies    English    Download the Amazon Seller mobile app    © 1999-2025, Amazon.com, Inc. or its affiliates

Downoop | United States    *Search*    Next Gen Selling

EN    Help

Manage All Inventory    Add Products via Upload    Brand Analytics    Shipments    Performance Notifications    Account Health    Edit

‹ Performance notifications

October 31, 2025
**Notice: Policy Warning**



Hello,

We removed the listings below.

ASIN: B0F12RMHLX
Infringement type: Patent
IP asserted: 12390016
Complaint ID: 18741512641
Rights owner name: Zlumber
Rights owner email: legal@zlumber.com


Why did this happen?
We removed some of your listings because we received a report from a rights owner alleging they may infringe upon their patent. This is against Amazon policies. Sellers on Amazon must comply with Amazon listing policies and are not allowed to sell products violating Amazon policies (https://sellercentral.amazon.com/gp/help/external/201361070).

How do I reactivate my listings?
To reactivate your listings, please send any of the documents listed below for us to review:
-- A court order stating you are allowed to sell the products and hence are not violating Amazon policy for each of the listings mentioned in the deactivation notification.
-- Work directly with the rights owner who reported the violation to submit a retraction. We may only accept retractions that the rights owner submits to us directly. We do not accept forwarded or attached retractions. These are the rights owner's contact details:
-- Rights owner name: Zlumber
-- Rights owner email: legal@zlumber.com


Have your listings been removed in error?
If you believe there has been an error, please submit an explanation. Your explanation should include the following information:
-- How the removed listings have not violated the Amazon Intellectual Property Policy.
-- Evidence that shows the removed listings have complied with the Amazon Intellectual Property Policy.

How do I send the required information?
Go to Received Intellectual Property Complaints in the Product Policy Compliance section on Account Health (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa). Locate the deactivation record for the listings you want to appeal and click on the Appeal button next to the record to submit your appeal to reactivate your listings.

What happens if I do not send the requested information?
If we do not receive a response, the listings will remain removed and the violation record will remain on your Account Health page for up to 180 days after the notification or until the violation is addressed. Leaving this or other policy violations unaddressed may result in account deactivation.

We're here to help.
If you need help understanding why your listings may infringe the intellectual property rights of others, search for "Intellectual Property Policy" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070). You may contact us for more information if required (https://sellercentral.amazon.com/cu/contact-us)

You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

-- Download the iOS app: https://itunes.apple.com/us/app/amazon-seller/id794141485
-- Download the Android app: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_US

Thank you,

Amazon.com

Help | Program Policies | English ▾ | Download the Amazon Seller mobile app

© 1999-2025, Amazon.com, Inc. or its affiliates

| Downoop | United States | *Search* | | Next Gen Selling |

EN    Help

Manage All Inventory    Add Products via Upload    Brand Analytics    Shipments    Performance Notifications    Account Health    Edit

‹ Performance notifications

October 31, 2025
**Notice: Policy Warning**



Hello,

We removed the listings below.

ASIN: B0F1D63VQS
Infringement type: Patent
IP asserted: 12390016
Complaint ID: 18741782021
Rights owner name: Zlumber
Rights owner email: legal@zlumber.com


Why did this happen?
We removed some of your listings because we received a report from a rights
owner alleging they may infringe upon their patent. This is against Amazon policies.
Sellers on Amazon must comply with Amazon listing policies and are not allowed to
sell products violating Amazon policies
(https://sellercentral.amazon.com/gp/help/external/201361070).

How do I reactivate my listings?
To reactivate your listings, please send any of the documents listed below for us to
review:
-- A court order stating you are allowed to sell the products and hence are not
violating Amazon policy for each of the listings mentioned in the deactivation
notification.
-- Work directly with the rights owner who reported the violation to submit a
retraction. We may only accept retractions that the rights owner submits to us
directly. We do not accept forwarded or attached retractions. These are the rights
owner's contact details:
-- Rights owner name: Zlumber
-- Rights owner email: legal@zlumber.com


Have your listings been removed in error?
If you believe there has been an error, please submit an explanation. Your
explanation should include the following information:
-- How the removed listings have not violated the Amazon Intellectual Property
Policy.
-- Evidence that shows the removed listings have complied with the Amazon
Intellectual Property Policy.

How do I send the required information?
Go to Received Intellectual Property Complaints in the Product Policy Compliance
section on Account Health
(https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa).
Locate the deactivation record for the listings you want to appeal and click on the
Appeal button next to the record to submit your appeal to reactivate your listings.

What happens if I do not send the requested information?
If we do not receive a response, the listings will remain removed and the violation
record will remain on your Account Health page for up to 180 days after the
notification or until the violation is addressed. Leaving this or other policy violations
unaddressed may result in account deactivation.

We're here to help.
If you need help understanding why your listings may infringe the intellectual
property rights of others, search for "Intellectual Property Policy" in Seller Central
Help (https://sellercentral.amazon.com/gp/help/external/201361070). You may
contact us for more information if required
(https://sellercentral.amazon.com/cu/contact-us)

You can view your account performance
(https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa) or
select Account Health on the home screen of the Amazon Seller app on your iOS or
Android device. The Account Health page shows how well your account is
performing against the performance metrics and policies required to sell on
Amazon.

-- Download the iOS app: https://itunes.apple.com/us/app/amazon-
seller/id794141485
-- Download the Android app: https://play.google.com/store/apps/details?
id=com.amazon.sellermobile.android&hl=en_US

Thank you,

Amazon.com

Help | Program Policies | English | Download the Amazon Seller mobile app | © 1999-2025, Amazon.com, Inc. or its affiliates

Downoop | United States    *Search*    Next Gen Selling

EN    Help

Manage All Inventory    Add Products via Upload    Brand Analytics    Shipments    Performance Notifications    Account Health    Edit

‹ Performance notifications

October 31, 2025
**Notice: Policy Warning**



Hello,

We removed the listings below.

ASIN: B0F12QC8QZ
Infringement type: Patent
IP asserted: 12390016
Complaint ID: 18740496501
Rights owner name: Zlumber
Rights owner email: legal@zlumber.com


Why did this happen?
We removed some of your listings because we received a report from a rights
owner alleging they may infringe upon their patent. This is against Amazon policies.
Sellers on Amazon must comply with Amazon listing policies and are not allowed to
sell products violating Amazon policies
(https://sellercentral.amazon.com/gp/help/external/201361070).

How do I reactivate my listings?
To reactivate your listings, please send any of the documents listed below for us to
review:
-- A court order stating you are allowed to sell the products and hence are not
violating Amazon policy for each of the listings mentioned in the deactivation
notification.
-- Work directly with the rights owner who reported the violation to submit a
retraction. We may only accept retractions that the rights owner submits to us
directly. We do not accept forwarded or attached retractions. These are the rights
owner's contact details:
-- Rights owner name: Zlumber
-- Rights owner email: legal@zlumber.com


Have your listings been removed in error?
If you believe there has been an error, please submit an explanation. Your
explanation should include the following information:
-- How the removed listings have not violated the Amazon Intellectual Property
Policy.
-- Evidence that shows the removed listings have complied with the Amazon
Intellectual Property Policy.

How do I send the required information?
Go to Received Intellectual Property Complaints in the Product Policy Compliance
section on Account Health
(https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa).
Locate the deactivation record for the listings you want to appeal and click on the
Appeal button next to the record to submit your appeal to reactivate your listings.

What happens if I do not send the requested information?
If we do not receive a response, the listings will remain removed and the violation
record will remain on your Account Health page for up to 180 days after the
notification or until the violation is addressed. Leaving this or other policy violations
unaddressed may result in account deactivation.

We're here to help.
If you need help understanding why your listings may infringe the intellectual
property rights of others, search for "Intellectual Property Policy" in Seller Central
Help (https://sellercentral.amazon.com/gp/help/external/201361070). You may
contact us for more information if required
(https://sellercentral.amazon.com/cu/contact-us)

You can view your account performance
(https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa) or
select Account Health on the home screen of the Amazon Seller app on your iOS or
Android device. The Account Health page shows how well your account is
performing against the performance metrics and policies required to sell on
Amazon.

-- Download the iOS app: https://itunes.apple.com/us/app/amazon-
seller/id794141485
-- Download the Android app: https://play.google.com/store/apps/details?
id=com.amazon.sellermobile.android&hl=en_US

Thank you,

Amazon.com

Help　　Program Policies　　English　　　　Download the Amazon Seller mobile app　　　　　© 1999-2025, Amazon.com, Inc. or its affiliates

AUKCLAX | United States

*Search*

Next Gen Selling

EN　　Help

Manage All Inventory　　Add Products　　Brand Protection　　Account Health　　Performance Notifications　　A+ Content Manager

Edit

‹ Performance notifications

October 31, 2025
**Notice: Policy Warning**



Hello,

We removed the listings below.

ASIN: B0F48LSPP8
B0DZTH8KSH
Infringement type: Patent
IP asserted: 12390016
Complaint ID: 18741512641
Rights owner name: Zlumber
Rights owner email: legal@zlumber.com

Why did this happen?
We removed some of your listings because we received a report from a rights
owner alleging they may infringe upon their patent. This is against Amazon policies.
Sellers on Amazon must comply with Amazon listing policies and are not allowed to
sell products violating Amazon policies
(https://sellercentral.amazon.com/gp/help/external/201361070).

How do I reactivate my listings?
To reactivate your listings, please send any of the documents listed below for us to
review:
-- A court order stating you are allowed to sell the products and hence are not
violating Amazon policy for each of the listings mentioned in the deactivation
notification.
-- Work directly with the rights owner who reported the violation to submit a
retraction. We may only accept retractions that the rights owner submits to us
directly. We do not accept forwarded or attached retractions. These are the rights
owner's contact details:
-- Rights owner name: Zlumber
-- Rights owner email: legal@zlumber.com


Have your listings been removed in error?
If you believe there has been an error, please submit an explanation. Your
explanation should include the following information:
-- How the removed listings have not violated the Amazon Intellectual Property
Policy.
-- Evidence that shows the removed listings have complied with the Amazon
Intellectual Property Policy.

How do I send the required information?
Go to Received Intellectual Property Complaints in the Product Policy Compliance
section on Account Health
(https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa).
Locate the deactivation record for the listings you want to appeal and click on the
Appeal button next to the record to submit your appeal to reactivate your listings.

What happens if I do not send the requested information?
If we do not receive a response, the listings will remain removed and the violation
record will remain on your Account Health page for up to 180 days after the
notification or until the violation is addressed. Leaving this or other policy violations
unaddressed may result in account deactivation.

We're here to help.
If you need help understanding why your listings may infringe the intellectual
property rights of others, search for "Intellectual Property Policy" in Seller Central
Help (https://sellercentral.amazon.com/gp/help/external/201361070). You may
contact us for more information if required
(https://sellercentral.amazon.com/cu/contact-us)

You can view your account performance
(https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa) or
select Account Health on the home screen of the Amazon Seller app on your iOS or
Android device. The Account Health page shows how well your account is
performing against the performance metrics and policies required to sell on
Amazon.

-- Download the iOS app: https://itunes.apple.com/us/app/amazon-
seller/id794141485
-- Download the Android app: https://play.google.com/store/apps/details?
id=com.amazon.sellermobile.android&hl=en_US

Thank you,

Amazon.com

Help    Program Policies    English    Download the Amazon Seller mobile app    © 1999-2025, Amazon.com, Inc. or its affiliates

AUKCLAX | United States    *Search*    Next Gen Selling

EN    Help

Manage All Inventory    Add Products    Brand Protection    Account Health    Performance Notifications    A+ Content Manager    Edit

‹ Performance notifications

October 31, 2025
**Notice: Policy Warning**



Hello,

We removed the listings below.

ASIN: B0F9WJKKNP
Infringement type: Patent
IP asserted: 12390016
Complaint ID: 18741782021
Rights owner name: Zlumber
Rights owner email: legal@zlumber.com


Why did this happen?
We removed some of your listings because we received a report from a rights
owner alleging they may infringe upon their patent. This is against Amazon policies.
Sellers on Amazon must comply with Amazon listing policies and are not allowed to
sell products violating Amazon policies
(https://sellercentral.amazon.com/gp/help/external/201361070).

How do I reactivate my listings?
To reactivate your listings, please send any of the documents listed below for us to
review:
-- A court order stating you are allowed to sell the products and hence are not
violating Amazon policy for each of the listings mentioned in the deactivation
notification.
-- Work directly with the rights owner who reported the violation to submit a
retraction. We may only accept retractions that the rights owner submits to us
directly. We do not accept forwarded or attached retractions. These are the rights
owner's contact details:
-- Rights owner name: Zlumber
-- Rights owner email: legal@zlumber.com


Have your listings been removed in error?
If you believe there has been an error, please submit an explanation. Your
explanation should include the following information:
-- How the removed listings have not violated the Amazon Intellectual Property
Policy.
-- Evidence that shows the removed listings have complied with the Amazon
Intellectual Property Policy.

How do I send the required information?
Go to Received Intellectual Property Complaints in the Product Policy Compliance
section on Account Health
(https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa).
Locate the deactivation record for the listings you want to appeal and click on the
Appeal button next to the record to submit your appeal to reactivate your listings.

What happens if I do not send the requested information?
If we do not receive a response, the listings will remain removed and the violation
record will remain on your Account Health page for up to 180 days after the
notification or until the violation is addressed. Leaving this or other policy violations
unaddressed may result in account deactivation.

We're here to help.
If you need help understanding why your listings may infringe the intellectual
property rights of others, search for "Intellectual Property Policy" in Seller Central
Help (https://sellercentral.amazon.com/gp/help/external/201361070). You may
contact us for more information if required
(https://sellercentral.amazon.com/cu/contact-us)

You can view your account performance
(https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa) or
select Account Health on the home screen of the Amazon Seller app on your iOS or
Android device. The Account Health page shows how well your account is
performing against the performance metrics and policies required to sell on
Amazon.

-- Download the iOS app: https://itunes.apple.com/us/app/amazon-
seller/id794141485
-- Download the Android app: https://play.google.com/store/apps/details?
id=com.amazon.sellermobile.android&hl=en_US

Thank you,

Amazon.com

Help | Program Policies | English | Download the Amazon Seller mobile app    © 1999-2025, Amazon.com, Inc. or its affiliates

szpzsdz | United States　　　　*Search*　　　　　　　　　　　　　　Next Gen Selling

Account Health　　Performance Notifications　　Manage All Inventory　　Manage Orders　　Campaign Manager　　Add Products　　Shipments　　　Edit

‹　Performance notifications

October 31, 2025
**Notice: Policy Warning**



Hello,

We removed the listings below.

ASIN: B0F1C4ZDK9
Infringement type: Patent
IP asserted: 12390016
Complaint ID: 18741423301
Rights owner name: Zlumber
Rights owner email: legal@zlumber.com

Why did this happen?
We removed some of your listings because we received a report from a rights owner alleging they may infringe upon their patent. This is against Amazon policies. Sellers on Amazon must comply with Amazon listing policies and are not allowed to sell products violating Amazon policies (https://sellercentral.amazon.com/gp/help/external/201361070).

How do I reactivate my listings?
To reactivate your listings, please send any of the documents listed below for us to review:
-- A court order stating you are allowed to sell the products and hence are not violating Amazon policy for each of the listings mentioned in the deactivation notification.
-- Work directly with the rights owner who reported the violation to submit a retraction. We may only accept retractions that the rights owner submits to us directly. We do not accept forwarded or attached retractions. These are the rights owner's contact details:
-- Rights owner name: Zlumber
-- Rights owner email: legal@zlumber.com

Have your listings been removed in error?
If you believe there has been an error, please submit an explanation. Your explanation should include the following information:
-- How the removed listings have not violated the Amazon Intellectual Property Policy.
-- Evidence that shows the removed listings have complied with the Amazon Intellectual Property Policy.

How do I send the required information?
Go to Received Intellectual Property Complaints in the Product Policy Compliance section on Account Health (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa). Locate the deactivation record for the listings you want to appeal and click on the Appeal button next to the record to submit your appeal to reactivate your listings.

What happens if I do not send the requested information?
If we do not receive a response, the listings will remain removed and the violation record will remain on your Account Health page for up to 180 days after the notification or until the violation is addressed. Leaving this or other policy violations unaddressed may result in account deactivation.

We're here to help.
If you need help understanding why your listings may infringe the intellectual property rights of others, search for "Intellectual Property Policy" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070). You may contact us for more information if required (https://sellercentral.amazon.com/cu/contact-us)

You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

-- Download the iOS app: https://itunes.apple.com/us/app/amazon-seller/id794141485
-- Download the Android app: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_US

Thank you,

Amazon.com

Help    Program Policies    中文(简体) ▼    Download the Amazon Seller mobile app    © 1999-2025, Amazon.com, Inc. or its affiliates

szpzsdz | United States

*Search*

EN    Help

Next Gen Selling

Account Health    Performance Notifications    Manage All Inventory    Manage Orders    Campaign Manager    Add Products    Shipments    Edit

‹ Performance notifications

October 31, 2025
**Notice: Policy Warning**



Hello,

We removed the listings below.

ASIN: B0F8C5WLVM
Infringement type: Patent
IP asserted: 12390016
Complaint ID: 18740943951
Rights owner name: Zlumber
Rights owner email: legal@zlumber.com


Why did this happen?
We removed some of your listings because we received a report from a rights owner alleging they may infringe upon their patent. This is against Amazon policies. Sellers on Amazon must comply with Amazon listing policies and are not allowed to sell products violating Amazon policies (https://sellercentral.amazon.com/gp/help/external/201361070).

How do I reactivate my listings?
To reactivate your listings, please send any of the documents listed below for us to review:
-- A court order stating you are allowed to sell the products and hence are not violating Amazon policy for each of the listings mentioned in the deactivation notification.
-- Work directly with the rights owner who reported the violation to submit a retraction. We may only accept retractions that the rights owner submits to us directly. We do not accept forwarded or attached retractions. These are the rights owner's contact details:
-- Rights owner name: Zlumber
-- Rights owner email: legal@zlumber.com


Have your listings been removed in error?
If you believe there has been an error, please submit an explanation. Your explanation should include the following information:
-- How the removed listings have not violated the Amazon Intellectual Property Policy.
-- Evidence that shows the removed listings have complied with the Amazon Intellectual Property Policy.

How do I send the required information?
Go to Received Intellectual Property Complaints in the Product Policy Compliance section on Account Health (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa). Locate the deactivation record for the listings you want to appeal and click on the Appeal button next to the record to submit your appeal to reactivate your listings.

What happens if I do not send the requested information?
If we do not receive a response, the listings will remain removed and the violation record will remain on your Account Health page for up to 180 days after the notification or until the violation is addressed. Leaving this or other policy violations unaddressed may result in account deactivation.

We're here to help.
If you need help understanding why your listings may infringe the intellectual property rights of others, search for "Intellectual Property Policy" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070). You may contact us for more information if required (https://sellercentral.amazon.com/cu/contact-us)

You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

-- Download the iOS app: https://itunes.apple.com/us/app/amazon-seller/id794141485
-- Download the Android app: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_US

Thank you,

Amazon.com

Help    Program Policies    English    Download the Amazon Seller mobile app    © 1999-2025, Amazon.com, Inc. or its affiliates