# Exhibit B

## Lewis Products™

Visit the Lewis Products™ storefront

**100% positive** in the last 12 months (134 ratings)



The Original USA Patented Zlum…
$44⁹⁹

[Add to Cart]

### About Seller

Lewis Products™ is committed to providing each customer with the highest standard of customer service.

**Have a question for Lewis Products™?**

[Ask a question]

### Reviews

5 out of 5
134 ratings

[12 months]

| | | |
|---|---|---|
| 5 star | | 99% |
| 4 star | | 1% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon

**FILTER BY**

[All stars]

134 total ratings, 134 with feedback for 12 months

"Love it!!! It is great! Thank you!!!!"
By R B Brown on December 8, 2025.

"The item is as described. Comes with instructions for installation easy to understand and it is easy to assembly."
By Britta Armendariz Martinez on December 8, 2025.

"Sheet holder kit arrived in good condition and on time as promised."
By Pam D on December 8, 2025.

"Love this"
By Camellia Hengstberger on December 7, 2025.

"arrived quickly and product was as described"
By putthemteethaway on December 7, 2025.

Previous   Next

**Share your thoughts with other customers**

[Leave seller feedback]

### Return & Refund Policies

Please refer to the Amazon.com Return Policy.

### Detailed Seller Information

**Business Name:** Lewis Machining & Engineering, Inc.
**Business Address:**
  1816 South Patterson St.
  VALDOSTA
  GA
  31601
  US