IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| SHENZHEN EN DE CHUANG TECHNOLOGY CO LTD, et al., | * | |
| | * | |
| Plaintiffs, | | Case No.7:25-cv-193 (LAG) |
| v. | * | |
| LEWIS MACHINING AND ENGINEERING, INC., | * | |
| | * | |
| Defendant. | | |

**<u>JUDGMENT</u>**

Pursuant to this Court's Order dated September 11, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant.

This 11th day of September, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk